UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                       :     INDICTMENT

DAVID RUSSELL CASON               :     08 Cr.

                   Defendant.   :
- - - - - - - - - - - - - - - - - - x



### COUNT ONE

The Grand Jury charges:

1. From at least in or about 2006, up to and including in or about June 2007, in the Southern District of New York and elsewhere, DAVID RUSSELL CASON, the defendant, and others known and unknown, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DAVID RUSSELL CASON, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in a form commonly known as "crystal meth," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about December 2006, DAVID RUSSELL CASON, the defendant, shipped and caused to be shipped a package containing approximately one pound of crystal methamphetamine to New York, New York.

b. In or about May 2007, CASON shipped and caused to be shipped a package containing approximately two pounds of crystal methamphetamine to New York, New York.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, DAVID R. CASON, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violation, including but not limited to the following:

      a.   A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense.

      b.   All right, title and interest in Unit 102, 4034 Rawlins Street, Dallas, Texas.

Substitute Assets Provision

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1)   cannot be located upon the exercise of due diligence;

   (2)   has been transferred or sold to, or deposited with, a third person;

   (3)   has been placed beyond the jurisdiction of the Court;

   (4)   has been substantially diminished in value; or

   (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property (Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____      _____
FOREPERSON                                         MICHAEL J. GARCIA
                                                               United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**DAVID RUSSELL CASON,**

Defendants.

**INDICTMENT**

08 Cr.

(21 U.S.C. § 846; 18 U.S.C. § 2)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

_____ Foreperson.